UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES REYES,

                                                  Plaintiff,

     -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
SHERIFF'S DEPARTMENT, VINCENT
DEMARCO, SHERIFF, MATT GARRETT, RONALD
MAIORINO, TIMOTHY REILLY, JOSEPH NASTA,
GREG VOLPE and PAUL OLEAGA,

                                                  Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

18-cv-07473(JMA)(ARL)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:    Hauppauge, New York
             October 24, 2019

_/s/ James J. Reyes_
By: James Reyes
Plaintiff *Pro Se*
DIN# 19A0788
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

_/s/_
Dennis M. Brown
Suffolk County Attorney
By: Stacy A. Skorupa
Assistant County Attorney
Attorney for Defendants
100 Veterans Memorial Highway
Hauppauge, New York 11788

State of NY County of FULTON
Subscribed and sworn to (or affirmed) before me on this
31ST day of OCTOBER, 2019 by
James J Reyes proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _/s/ Robert C Younglove_

ROBERT C YOUNGLOVE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YO6395894
Qualified in Montgomery County
My Commission Expires August 5, 2023

**SO ORDERED:**

Dated: New York

_____, 2019

_____
Hon. Joan M. Azrack, U.S.D.J.